## RECONSIDERATION OF PRIOR DECISIONS

**2013–1642. State v. Fite.**
Adams App. No. 13CA967. Reported at 137 Ohio St.3d 1475, 2014-Ohio-176, 2 N.E.3d 269. On motion for reconsideration. Motion denied.

## CASE ANNOUNCEMENTS

### *March 12, 2014*

[Cite as *03/12/2014 Case Announcements #2*, 2014-Ohio-907.]

## MOTION AND PROCEDURAL RULINGS

**2014–0052. State ex rel. Scripps Media, Inc. v. Hunter.**
Hamilton App. No. C–130241, 2013-Ohio-5895. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County.

Upon consideration of appellant's motion for a continuance to permit the assignment of the case to a new judge, it is ordered by the court that the motion is denied.

It is further ordered by the court, sua sponte, that the time for filing appellant's merit brief is extended until March 24, 2014.